**No. 11-6353. Daniel David Dydzak, Petitioner v. Ronald M. George, Chief Justice, Supreme Court of California, et al.**

565 U.S. 1039, 132 S. Ct. 584, 181 L. Ed. 2d 430, 2011 U.S. LEXIS 8156.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-6354. Heidi Dorf, fka Heidi Dragomir, Petitioner v. Jana Griggs, et al.**

565 U.S. 1039, 132 S. Ct. 585, 181 L. Ed. 2d 430, 2011 U.S. LEXIS 8142.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 419 Fed. Appx. 406.

**No. 11-6356. Jai Devon Lee, Petitioner v. Stephen Upton, Warden.**

565 U.S. 1039, 132 S. Ct. 585, 181 L. Ed. 2d 430, 2011 U.S. LEXIS 8279.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-6360. Craig Steve Bowen, Petitioner v. Georgia.**

565 U.S. 1039, 132 S. Ct. 585, 181 L. Ed. 2d 430, 2011 U.S. LEXIS 8169.

November 14, 2011. Petition for writ of certiorari to the Court of Appeals of Georgia denied.

Same case below, 307 Ga. App. 204, 704 S.E.2d 436.

**No. 11-6366. Gregory Scott Hinton, Petitioner v. California.**

565 U.S. 1039, 132 S. Ct. 585, 181 L. Ed. 2d 430, 2011 U.S. LEXIS 8276.

November 14, 2011. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

**No. 11-6383. Michael Paul Bradley, Petitioner v. Donald Barrow, Warden.**

565 U.S. 1040, 132 S. Ct. 585, 181 L. Ed. 2d 430, 2011 U.S. LEXIS 8280.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-6384. Willie M. Brown, Petitioner v. Mississippi.**

565 U.S. 1040, 132 S. Ct. 585, 181 L. Ed. 2d 430, 2011 U.S. LEXIS 8221.

November 14, 2011. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

**No. 11-6386. Gabriel McDowell, Petitioner v. Mississippi, et al.**

565 U.S. 1040, 132 S. Ct. 585, 181 L. Ed. 2d 430, 2011 U.S. LEXIS 8281,

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.